JUDGE HOLWELL

11 CIV 2611

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ X
PETER M. JAROWEY II, SOMERSET GROUP, LLC,  :
JOHN B. HOLLISTER III, and DOUGLAS Q. HOLMES,  :     Civil Action No. _____
                                                :
Peter M. Jarowey II, John B. Hollister III and Douglas Q.  :
Holmes Individually and Peter M. Jarowey II Derivatively  :
on Behalf of Camelot Entertainment Group, Inc., for the  :
Second and Third Claims for Relief,                        :
                                                :
            Plaintiffs,                         :
                                                :
      -against-                                 :
                                                :
CAMELOT ENTERTAINMENT GROUP, INC.,              :
ROBERT P. ATWELL and STEVEN V. ISTOCK,          :
                                                :
            Defendants.                         :
------------------------------------------------------------------ X

RECEIVED APR 10 2011 U.S.D.C. S.D.N.Y. CASHIERS

### RULE 7.1 STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Plaintiff Somerset Group, LLC (a private non-governmental

party) certifies that there are no corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

Dated: New York, New York
April 15, 2011

                                KASOWITZ, BENSON, TORRES
                                    & FRIEDMAN LLP

By /s/
                                       Marc E. Kasowitz
                                       David J. Shapiro

                                       1633 Broadway
                                       New York, New York 10019
                                       (212) 506-1700 (Telephone)
                                       (212) 506-1800 (Facsimile)
                                       mkasowitz@kasowitz.com
                                       dshapiro@kasowitz.com

                                       Attorneys for Plaintiffs Peter M. Jarowey, II and
                                       Somerset Group, LLC