AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | | |
|---|---|---|
| PETER M. JAROWEY II, et al., <br> *Plaintiff* <br> v. <br> CAMELOT ENTERTAINMENT GROUP, INC., et al., <br> *Defendant* | ) <br> ) <br> ) <br> ) <br> ) | Case No.   11-CV-2611 (RJH) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants Camelot Entertainment Group, Inc., Robert P. Atwell and Steven V. Istock                                     .

Date:     06/06/2011

*Attorney's signature*

Jonathan Evan Goldberg
*Printed name and bar number*

SNR Denton US LLP
1221 Avenue of the Americas
New York, NY  10020-1089

*Address*

jonathan.goldberg@snrdenton.com
*E-mail address*

(212) 768-6700
*Telephone number*

(212) 768-6800
*FAX number*