```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/10/11
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
――――――――――――――――――――――――― X
                                          :
Peter M. Jarowey, II, et al.,             :
                                          :         11 Civ. 2611 (RJH)(JCF)
                    Plaintiffs,           :
                                          :
        -against-                         :
                                          :         ORDER OF REFERENCE
Camelot Entertainment Group, Inc.,        :         TO A MAGISTRATE JUDGE
                                          :
                    Defendant.            :
                                          :
――――――――――――――――――――――――― X

The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

___   General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___   Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

_____
_____

___   Consent under 28 U.S.C. § 636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

___   Specific Non-Dispositive Motion/Dispute:*

Purpose:_____

_____

___   Habeas Corpus

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

___   Social Security

_X_   Settlement*

___   Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion:_____

___   Inquest After Default/Damages Hearing

_____

All such motions: ____

---

* Do not check if already referred for general pretrial.

SO ORDERED.

DATED: ___8/8/11___ New York, New York

                                        /s/ signature
                                        ―――――――――――――――
                                        Richard J. Holwell
                                        United States District Judge