UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x
PETER M. JAROWEY II, SOMERSET GROUP, LLC, :
JOHN B. HOLLISTER III, and DOUGLAS Q. HOLMES, :
: Civil Action No. 11-Civ-2611
Peter M. Jarowey II, John B. Hollister III and Douglas Q. :
Holmes Individually and Peter M. Jarowey II Derivatively :
on Behalf of Camelot Entertainment Group, Inc., for the : **MOTION TO ADMIT**
Second and Third Claims for Relief, : **COUNSEL**
:
Plaintiffs, : **PRO HAC VICE**
:
-against- :
:
CAMELOT ENTERTAINMENT GROUP, INC., :
ROBERT P. ATWELL and STEVEN V. ISTOCK, :
:
Defendants. :
------------------------------------------------------------------------ x

PURSUANT TO RULE 1.3(c) of the Local Rules of the United States District Courts for the

Southern and Eastern Districts of New York, I, David J. Shapiro, a member in good standing of the bar of

this Court, hereby move for an Order allowing the admission *pro hac vice* of:

      Applicant's Name:   Joseph D. Carney
      Firm Name:   Joseph D. Carney & Associates, L.L.C.
      Address:   2001 Crocker Road, Suite 530
      City / State / Zip:   Westlake, Ohio 44145
      Telephone / Fax:   (440) 249-0850/866-270-1221

Joseph Carney is a member in good standing of the Bar of the States of Ohio and the District of Columbia. There are no pending disciplinary proceedings against Joseph Carney in any State or Federal court.

Dated: New York, New York.
August 16, 2011

Respectfully submitted,

David J. Shapiro

Sponsor's SDNY Bar: 8639
Firm Name: Kasowitz, Benson, Torres
& Friedman LLP
Address: 1633 Broadway
City/State/Zip: New York, NY 10019
Phone Number: 212-506-1783
Fax Number: 212-506-1800

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PETER M. JAROWEY II, SOMERSET GROUP, LLC, JOHN B. HOLLISTER III, and DOUGLAS Q. HOLMES, <br><br> Peter M. Jarowey II, John B. Hollister III and Douglas Q. Holmes Individually and Peter M. Jarowey II Derivatively on Behalf of Camelot Entertainment Group, Inc., for the Second and Third Claims for Relief, <br><br>Plaintiffs, <br><br>-against- <br><br> CAMELOT ENTERTAINMENT GROUP, INC., ROBERT P. ATWELL and STEVEN V. ISTOCK, <br><br> Defendants. | Case No.: 11-Civ-2611 <br><br> Judge Richard J. Holwell <br><br><br> **AFFIDAVIT OF JOSEPH D. CARNEY IN SUPPORT OF MOTION TO APPEAR _PRO HAC VICE_** |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**AFFIDAVIT OF JOSEPH D. CARNEY
IN SUPPORT OF
MOTION TO APPEAR _PRO HAC VICE_**

I, Joseph D. Carney, an adult of sound mind, declare and state as follows:

1. This affidavit is submitted in support of my motion to be admitted to practice before this Court solely for the purposes of this proceeding and solely to participate in this matter as counsel or co-counsel pursuant to Rule 1.3(c) of the Local Rules of this Court.

2. My office address is: Joseph D. Carney, Joseph D. Carney & Associates, LLC

2001 Crocker Road, Suite 530, Westlake, Ohio 44145 Tel: 440-249.0850 Fax: 866-270-1221. Email: jdc@jdcarney.com; copy to admin@jdcarney.com

3. I am a member in good standing of the Bar for the Supreme Court of Ohio since 1977 and a member in good standing of the District of Columbia Bar since 1980. Recent Certificates of Good Standing are attached.

4. I do not have any known disciplinary actions pending against me. I have never been disbarred, suspended, or denied admission to practice law in any jurisdiction.

5. Plaintiffs John B. Hollister III and Douglas Q. Holmes have retained the legal services of Joseph D. Carney & Associates, LLC to participate in representing their claims against Defendants.

**I declare, under penalty of perjury, as set forth in 28 U.S.C. § 1746, and to the best of my knowledge, the foregoing to be true and correct.**

SWORN TO AND SUBSCRIBED TO before me, a Notary Public, this 8th of July 2011.

JILL M WALKER
Notary Public
In and for
the State of Ohio
My Commission Expires
March 28, 2016

DATED: July 8, 2011

Respectfully submitted,

/s/Joseph D. Carney
Joseph D. Carney (0010886)

Counsel for Plaintiffs John B. Hollister III and Douglas Q. Holmes:
Joseph D. Carney & Associates, LLC
2001 Crocker Road
Suite 530
Westlake, Ohio 44145

jdc@jdcarney.com  (requesting copy to admin@jdcarney.com)
Direct 440-240-0860
Fax 866-270-1221

# The Supreme Court of Ohio

## CERTIFICATE

I, SUSAN B. CHRISTOFF, Director of the Attorney Services Division of the Supreme Court of Ohio, do hereby certify that I am the custodian of the records of the Office of Attorney Services of the Supreme Court and that the Attorney Services Division is responsible for reviewing Court records to determine the status of Ohio attorneys. I further certify that, having fulfilled all of the requirements for admission to the practice of law in Ohio,

Joseph Devon Carney

was admitted to the practice of law in Ohio on November 04, 1977; has registered as an active attorney pursuant to the Supreme Court Rules for the Government of the Bar of Ohio; is in good standing with the Supreme Court of Ohio; and is entitled to practice law in this state.

IN TESTIMONY WHEREOF, I have subscribed my name and affixed the seal of the Supreme Court, this 8th day of August, 2011.

SUSAN B. CHRISTOFF
*Director, Attorney Services Division*

*Attorney Services Specialist*



# District of Columbia Court of Appeals
## Committee on Admissions
### 430 E Street, N.W. — Room 123
### Washington, D. C. 20001
### 202 / 879-2710

I, JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, do hereby certify that

### JOSEPH DEVON CARNEY

was on the 29TH day of FEBRUARY, 1980 duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on August 9, 2011.

JULIO A. CASTILLO
Clerk of the Court

By: _____
Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
PETER M. JAROWEY II, SOMERSET GROUP, LLC, :
JOHN B. HOLLISTER III, and DOUGLAS Q. HOLMES, :
: Civil Action No. 11-Civ-2611
Peter M. Jarowey II, John B. Hollister III and Douglas Q. :
Holmes Individually and Peter M. Jarowey II Derivatively : **ORDER FOR ADMISSION**
on Behalf of Camelot Entertainment Group, Inc., for the : **PRO HAC VICE**
Second and Third Claims for Relief, :
:
Plaintiffs, :
:
-against- :
:
CAMELOT ENTERTAINMENT GROUP, INC., :
ROBERT P. ATWELL and STEVEN V. ISTOCK, :
:
Defendants. :
------------------------------------------------------------------- x

WHEREAS, Joseph D. Carney (the "Applicant"), has moved for admission to practice *pro hac vice*, and to appear for all purposes as counsel for Plaintiffs John B. Hollister III and Douglas Q. Holmes in the above captioned action (the "Motion"); and,

WHEREAS, the Applicant has declared that he is a member in good standing of the bars of the State of Ohio and the District of Columbia, and that his contact information is as follows:

>Applicant's Name: Joseph D. Carney
>Firm Name: Joseph D. Carney & Associates, L.L.C.
>Address: 2001 Crocker Road, Suite 530
>City / State / Zip: Westlake, Ohio 44145
>Telephone / Fax: (440) 249-0850/866-270-1221

**IT IS HEREBY ORDERED** that the Motion is granted and the Applicant is admitted to practice *pro hac vice* in the United States District Court for the Southern District of New York and to appear for all purposes as counsel for Plaintiffs John B. Hollister

III and Douglas Q. Holmes in the above captioned case. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at apply for an ECF PASSWORD.

Dated: August ____, 2011

Richard J. Holwell
United States District Judge

## Declaration of Service

I declare under penalty of perjury that on this 16th day of August, 2011, I caused the foregoing Motion To Admit Counsel Pro Hac Vice (the "Motion"), draft Order and Certificates of Good Standing filed in support of the Motion, to be served on counsel for Defendants, Jonathan E. Goldberg, via First Class Mail and email at the following addresses: Jonathan E. Goldberg, Esq, SNR Denton US LLP, 1221 Avenue of the Americas, New York, NY 10020, jonathan.goldberg@snrdenton.com.

David J. Shapiro