USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: AUG 19 2011

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- x
PETER M. JAROWEY II, SOMERSET GROUP, LLC, :
JOHN B. HOLLISTER III, and DOUGLAS Q. HOLMES, :
                                                    :    Civil Action No. 11-Civ-2611
Peter M. Jarowey II, John B. Hollister III and Douglas Q. :
Holmes Individually and Peter M. Jarowey II Derivatively :    **ORDER FOR ADMISSION**
on Behalf of Camelot Entertainment Group, Inc., for the :    **PRO HAC VICE**
Second and Third Claims for Relief, :
                                                    :
          Plaintiffs, :
                                                    :
      -against- :
                                                    :
CAMELOT ENTERTAINMENT GROUP, INC., :
ROBERT P. ATWELL and STEVEN V. ISTOCK, :
                                                    :
          Defendants. :
-------------------------------------------------------------------- x

WHEREAS, Joseph D. Carney (the "Applicant"), has moved for admission to practice *pro hac vice*, and to appear for all purposes as counsel for Plaintiffs John B. Hollister III and Douglas Q. Holmes in the above captioned action (the "Motion"); and,

WHEREAS, the Applicant has declared that he is a member in good standing of the bars of the State of Ohio and the District of Columbia, and that his contact information is as follows:

        Applicant's Name: Joseph D. Carney
        Firm Name: Joseph D. Carney & Associates, L.L.C.
        Address: 2001 Crocker Road, Suite 530
        City / State / Zip: Westlake, Ohio 44145
        Telephone / Fax: (440) 249-0850/866-270-1221

**IT IS HEREBY ORDERED** that the Motion is granted and the Applicant is admitted to practice *pro hac vice* in the United States District Court for the Southern District of New York and to appear for all purposes as counsel for Plaintiffs John B. Hollister

III and Douglas Q. Holmes in the above captioned case. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at apply for an ECF PASSWORD.

Dated: August ____, 2011

AUG 19 2011

*George B. Daniels*

~~Richard J. Holwell~~
United States District Judge
HON. GEORGE B. DANIELS